1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3 | Name **SANTELLANO   PAUL   A**
     (Last)          (First)         (Initial)

5 | Prisoner Number **J00586**

6 | Institutional Address **P.O. BOX J00586 (S.Q.S.P.)**
7 | **SAN QUENTIN, CALIF. 94974**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PAUL A. SANTELLANO**
(Enter the full name of plaintiff in this action.)

vs.

**(WARDEN) ROBERT AYERS, JR.; SERGEANT BAKER; LT. FULLER; CORRECTIONAL OFFICER COOK; WATCH COMMANDER; SAN QUENTIN PRISON EMPLOYEES, Et al. DOES 1 TO 100**
(Enter the full name of the defendant(s) in this action))

Case No. **CV 07 5788**
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement **SAN QUENTIN STATE PRISON**

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT
- 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ STAFF COMPLAINT CCR. 3391 TITLE 15, PENDING _____

2. First formal level _____ PENDING _____

3. Second formal level _____ PENDING _____

4. Third formal level _____ PENDING _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )     NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

HOME ADDRESS: PAUL SANTELLANO
2687 PIXANNE CT.
SAN JOSE, CA. 95148

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                   - 2 -

1   place of employment.
2   (WARDEN) ROBERT AYERS, JR.; SAN QUENTIN STATE PRISON WARDEN, WATCH
3   COMMANDER ALLEN; C. FULLER CARSON-SECTION, SERGEANT BAKER;
4   CORRECTIONAL OFFICER COOK. DOES 1 TO 100

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON SEPTEMBER 19, 2007 I ARRIVED AT SAN QUENTIN STATE PRISON. I WAS THEN PLACED INTO AD/SEG. DUE TO PROTECTIVE CUSTODY STATUS, GANG DROP-OUT. SAN QUENTIN EMPLOYEE'S DELIBERATELY HOUSED ME IN CARSON SECTION ON AN ACTIVE GANG-MEMBER TIER 5TH TIER CELL #. ON OCTOBER 21, 2007, I WAS DELIBERATELY ASSAULTED WITH A SPEAR INTO MY NECK BY A "NORTHERN STRUCTURE GANG-MEMBER". I WAS NEVER CLASSIFIED, THEREFORE I WAS PLACED IN DANGER OF MY LIFE AND SAFETY BY SAN QUENTIN CORRECTIONAL STAFF. ON 10/21/07 APPROXIMATELY AT 6:00AM, I WAS BEING ESCORTED BY SAN QUENTIN CORRECTIONAL OFFICER COOK - TO THE SHOWER ON THE 5TH TIER. CELL 6 TO CELL 7 # INMATE GRAY - AN ACTIVE NORTHERNER - STRUCTURE GANG MEMBER SPEARED ME AS I WAS WALKING BY. CORRECTIONAL OFFICER COOK, SEEN THE AMOUNT OF BLOOD AND WHAT WAS TAKING PLACE AND PRESS HIS ALARM, I WAS TAKEN TO THE INFIRMARY FOR STAB WOUND WHERE THE SPEAR ENTERED AND EXITED OUT MY NECK.

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

WHEREFORE, PLAINTIFF PRAYS FOR THE FOLLOWING JUDGEMENT...

COMPLAINT                                              - 3 -

1  PLAINTIFF PRAY'S FOR GENERAL DAMAGES AGAINST SAN QUENTIN CORRECTIONAL
2  OFFICERS, PUNITIVE DAMAGES, MONETARY DAMAGES, COMPENSABLE DAMAGES
3  REASONABLE ATTORNEY FEE'S, PURSUANT TO 42 U-S-C 1988, COST FOR THE SUIT
4  PLAINTIFF "DEMANDS JURY TRIAL", AND SUCH OTHER AND FURTHER
5  RELIEF AS THE COURT MAY DEEM JUST AND PROPER. $4.000.000.00
6  DISCHARGE STATE PAROLE.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this __4TH__ day of __NOVEMBER__, 2007

            _Paul A. Santellane_
                (Plaintiff's signature)

COMPLAINT                    - 4 -