PAUL SANTELLANO #U-00586
SAN QUENTIN STATE PRISON
P.O. BOX 1-0586
SAN QUENTIN, CA. 94974

LEGAL MAIL
CONFIDENTIAL

SAN QUENTIN STATE PRISON — NSF

RECEIVED
NOV - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE U.S. DISTRICT CLERK
COURT OF NORTHERN DISTRICT OF CALIF.
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIF.
94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004248283
$ 00.58⁰
MAILED FROM ZIP CODE 94964
NOV 05 2007