FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL SANTELLANO,

    Plaintiff,

vs.

(WARDEN) ROBERT AYERS, JR., et al.,

    Defendant.

CASE NO. CV 07 5788 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, PAUL SANTELLANO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____0_____

Employer: _____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A _____
5  _____
6  _____
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or            Yes ___ No ✓
10               self employment
11     b.    Income from stocks, bonds,       Yes ___ No ✓
12               or royalties?
13     c.    Rent payments?                    Yes ___ No ✓
14     d.    Pensions, annuities, or              Yes ___ No ✓
15               life insurance payments?
16     e.    Federal or State welfare payments,    Yes ___ No ✓
17               Social Security or other govern-
18               ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ N/A _____
22 _____
23 3. Are you married?                                  Yes ___ No ✓
24 Spouse's Full Name: _____ N/A _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _____ 0 _____ Net $ _____ 0 _____
28 4. a. List amount you contribute to your spouse's support: $ _____ 0 _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $ ___0___    Amount of Mortgage: $ ___0___

6. Do you own an automobile?    Yes ___ No ✓

Make ___N/A___  Year ___N/A___  Model ___N/A___

Is it financed? Yes ___ No ✓  If so, Total due: $ ___0___

Monthly Payment: $ ___0___

7. Do you have a bank account?    Yes ___ No ✓  (Do not include account numbers.)

Name(s) and address(es) of bank: ___N/A___

Present balance(s): $ ___0___

Do you own any cash? Yes ___ No ✓  Amount: $ ___0___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ ___0___    Utilities: ___N/A___

Food: $ ___0___    Clothing: ___N/A___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ N/A _____
4 | _____

5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ N/A _____
10 | _____

11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16 |    11/4/2007                          Paul A. Santellan
17 |      DATE                           SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _PAUL SANTELLANO_ for the last six months at

[prisoner name]

_SAN QUENTIN STATE PRISON_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __30.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: _10/4/2007_                       _____/s/_____ 135#

[Authorized officer of the institution]

- 5 -