IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. SANTELLANO,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. AYERS, Warden,<br><br>    Defendants. | No. C 07-05788 CW (PR)<br><br>JUDGMENT |

The Court has dismissed this action without prejudice because Plaintiff failed to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/11/08

                                                   /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Santellano5788.Jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL A SANTELLANO,

        Plaintiff,

v.

ROBERT A AYERS, WARDEN et al,

        Defendant.

Case Number: CV07-05788 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul A. Santellano J00586
San Quentin State Prison
San Quentin, CA 94974

Dated: January 11, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk