Paul A. Santellano
J00586
San Quentin State Prison
San Quentin, CA 94974

CV07-05788 CW

