OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102<br>(415) 522-2000<br>FAX (415) 522-2176 |

# FIRST NOTICE OF PAYMENT DUE

| | |
|---|---|
| Paul A. Santellano<br>San Quentin State Prison   J00586<br>San Quentin, CA 94974 | **Notice Date**<br>2/27/2008 |

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title:  Santellano v. Ayers et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 4:07-cv-05788-CW | 11/14/2007 | 1/11/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due:  $350.00**